# United States District Court
## Western District of North Carolina
## Asheville Division

| | | |
|---|---|---|
| **JOEL ELIAS GONZALEZ,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:17-cv-00136-MR |
| | ) | |
| vs. | ) | 1:15-cr-00084-MR-1 |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 15, 2017 Order.

August 15, 2017

Frank G. Johns, Clerk
United States District Court